**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MALONE DIVISION**

| | | |
|---|---|---|
| JAY CLOOKEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 8:10-cv-00695-DNH-DRH |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| RELIANT CAPITAL SOLUTIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of February, 2011.

ATTORNEYS FOR PLAINTIFF
*Jay Clookey*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 21st day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 21st day of February, 2011, to:

Bradley J. Mortensen
Christie, Pabarue, Mortensen and Young
1800 JFK Boulevard, 10th Floor
Philadelphia PA 19103

Lisa K. Drouillard
Law Office of Lisa K. Drouillard
4200 Regent Street
Suite 200
Columbus OH 43219


s/Jessica DeCandia
Jessica DeCandia